# Third District Court of Appeal

## State of Florida

Opinion filed February 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2181
Lower Tribunal No. F02-9316A
_____

**Robert A. Haye,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Christine Hernandez, Judge.

Robert A. Haye, in proper person.

James Uthmeier, Attorney General, for appellee.

Before FERNANDEZ, GORDO, and GOODEN, JJ.

PER CURIAM.

Affirmed.